486

L. Robert Artoe, of Chicago, for appellant.

Rappaport and Meyer, of Chicago (Charles L. Wolberg and Merrill B. Meyer, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD FILLYAW, Defendant-Appellant.

(No. 59659;

First District (1st Division)—February 3, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (James Sammons, Susan Horn, and Frances Sowa, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Robert Handelsman, Assistant State's Attorneys, of counsel), for the People.